IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| William S. Drake and<br>Andrea K. Drake,<br><br>    Plaintiff,<br><br>v.<br><br>DePuy Orthopaedics, Inc., DePuy.<br>Inc., DePuy International Limited,<br>Johnson & Johnson, Johnson & Johnson<br>Services Inc., and Johnson & Johnson<br>International,<br><br>    Defendants. | §§§§§§§§§§§§ | Case No.: 13-dp-20140 |

## **PLAINTIFFS' MOTION TO ENFORCE THE MASTER SETTLEMENT AGREEMENT AND TO VACATE ARBITRATION AWARD**

Plaintiffs, through their undersigned counsel, hereby move to enforce the Master Settlement Agreement and to vacate the arbitration award. A supporting Memorandum accompanies this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: June 22, 2016 | MESHBESHER & SPENCE<br><br>By _____<br>Anthony Nemo (MN #221351)<br>Andrew Davick (MN #332719)<br>1616 Park Avenue<br>Minneapolis, Minnesota 55404<br>tnemo@meshbesher.com<br>adavick@meshbesher.com<br>(t) 612-339-9121<br>(f) 612-339-9188 |