IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| William S. Drake and<br>Andrea K. Drake,<br><br>   Plaintiff,<br><br>v.<br><br>DePuy Orthopaedics, Inc., DePuy.<br>Inc., DePuy International Limited,<br>Johnson & Johnson, Johnson & Johnson<br>Services Inc., and Johnson & Johnson<br>International,<br><br>   Defendants. | § § § § § § § § § § § | Case No.: 13-dp-20140 |

## AFFIDAVIT OF ANTHONY J. NEMO

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

Anthony J. Nemo, being duly sworn upon oath, states and alleges as follows:

1. I am a partner with the law firm of Meshbesher & Spence, Ltd. ("Meshbesher") and represent Plaintiffs William and Andrea Drake in the above-captioned matter.

2. The following exhibits have been highlighted for ease of the Court.

3. Attached hereto as **Exhibit A** is Johnson Law Firm's ("JLF") Attorney Representation Agreement.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the letters JLF sent to Mr. Drake before Mr. Drake signed the Attorney Representation Agreement.

5. Attached hereto as **Exhibit C** is a true and accurate copy of a letter sent to Mr. Drake by JLF on January 19, 2012, the "contact letter."

6. Attached hereto as **Exhibit D** is a true and correct copy of a string of e-mails sent between Mr. Steven Johnson, Defense counsel, and myself.

7. Attached hereto as **Exhibit E** is a true and correct copy of an e-mail between Mr. Steven Johnson and myself regarding the fee dispute and getting a Special Master involved.

8. Attached here to as **Exhibit F** is a true and correct copy of the docket including the former clients JLF sued.

9. Attached hereto as **Exhibit G** is a true and correct copy of the contacts JLF had with Mr. Drake **before** Mr. Drake signed the Attorney Representation Agreement.

10. Attached hereto as **Exhibit H** is a true and correct copy of the contacts JFL had with Mr. Drake **after** Mr. Drake signed the Attorney Representation Agreement.

11. Attached hereto as **Exhibit I** is a true and correct copy of the entire file Mr. Johnson provided on Mr. Drake.

12. Attached hereto as **Exhibit J** is a true and correct copy of the arbitration award.

_____
Anthony J. Nemo

Subscribed and sworn to before me
this 22nd day of July, 2016.


_____
Notary Public



BETH A. VANBUREN
Notary Public-Minnesota
My Commission Expires Jan 31, 2020