IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| William S. Drake and | § | |
| Andrew K. Drake, | § | |
|     Plaintiffs, | § | |
| | § | (IN RE MDL 2197) |
| vs. | § | Case No.: 13-dp-20140 |
| | § | |
| DePuy Orthopaedics, Inc., DePuy, | § | |
| Inc., DePuy International Limited, | § | |
| Johnson & Johnson, Johnson & Johnson | § | |
| Services Inc., and Johnson & Johnson | § | |
| International, | § | |
|     Defendants. | § | |

**NOTICE OF APPEARANCE OF JENNIFER M. ANDREWS**

COMES NOW by Special Appearance Jennifer M. Andrews, and notifies the Court and all parties of record that Jennifer M. Andrews, Wallach & Andrews, P.C., 2501 Parkview Drive, Suite 303, Fort Worth, Texas, 76201 has entered this action as counsel of record for Steven M. Johnson for the purposes of the Special Appearance and, Subject Thereto, Response to Drake's "Motion to Enforce Master Settlement Agreement and Vacate Arbitration Award," in the above-referenced case. Below is the contact information for Attorney Andrews:

Jennifer M. Andrews
WALLACH & ANDREWS, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
jennifer.andrews@wallach-law.com
817-338-1707 - Telephone
817-338-1787 - Facsimile

In connection with this notice, Ms. Andrews requests that all future pleadings and other papers filed in this matter be served upon her at the above address and contact information.

Dated: July 20, 2016

Respectfully submitted,

*/s/ Jennifer M. Andrews*
_____
Jennifer M. Andrews
Texas State Bar ID No. 01243010
WALLACH & ANDREWS, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
jennifer.andrews@wallach-law.com
817-338-1707 - Telephone
817-338-1787 - Facsimile

**ATTORNEYS FOR STEVEN M. JOHNSON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2016, the foregoing document was electronically filed with the clerk of the court for the U.S. District Court, Northern District of Ohio, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jennifer M. Andrews*
_____
Jennifer M. Andrews