JAMS CASE REFERENCE NO. 1200048059

In re: U.S. ASR Hip Settlement,

## SCHEDULING ORDER NO. 1

1.  Parties and Counsel. The parties to this proceeding attended the hearing and are represented as follows:

| | |
|---|---|
| Ashleigh E. Raso | Tom Needham |
| Meshbesher & Spence | Steven John son |
| 1616 Park Ave. | Johnson Law Firm |
| Minneapolis, MN 55404 | 3116 W. Fifth St. |
| 612-339-9121 | Ft. Worth, TX 76107 |
| araso@meshbesher.com | 817-523-1330 |
| Representing: William S. Drake | johnsonneedhamlaw@gmail.com |

2.  Special Master:
    Cathy Yanni
    JAMS
    Two Embarcadero Center
    Suite 1500
    San Francisco, CA 94111
    415-774-2635   415-982-5287(fax)

3.  Case Coordinator:
    Tina Oja
    JAMS
    Two Embarcadero Center
    Suite 1500
    San Francisco, CA 94111
    415-774-2627   415-982-5287(fax)
    toja@jamsadr.com

4.  Agreement to use Special Master Cathy Yanni is contained in Master Settlement Agreement. Special Master Cathy Yanni was appointed by the Honorable David Katz. The Settlement Agreement contains a provision, Section 1.2.55, which we have interpreted to mean that attorney representation disputes should be referred to a Special Master in circumstances such as these. Section 1.2.55 defines "Primary Law Firm" and says that "if two or more lawyers or law firms are designated as the Primary Law Firm, any dispute that cannot be resolved by the Counsel may be submitted to the Special Masters for review and resolution." Section 3.2.3.2



EXHIBIT
C

reiterates this, saying "any dispute over representation that cannot be resolved by the law firms may be submitted to the Special Masters for review and resolution."

Separately, Section 12.4.2 says that the Special Masters are appointed to oversee the administration of claims and to make "final and binding determinations under this Agreement with the authority of an Arbitrator under the Federal Arbitration Act."

5. <u>Exchange of Information.</u>

(a) The Special Master Orders that by February 22, 2016, the Johnson Firm shall provide claimants with description of the amount in controversy and a summary of the issues. The firm shall also provide a copy of the contract between Mr. Drake and the Johnson Law Firm. The firm shall also submit a copy of the statement of attorney fees and costs and backup.

(b) Mr. Drake and Counsel shall by February 29, 2016 submit a response to the Johnson Law Firm submission and submit her own summary of the issues.

(c) Special Master Yanni will review the submissions and, if necessary ask for clarification and/or additional documentation.

6. <u>Hearing Procedure.</u>

(a) The Telephonic Hearing, lasting not more than two hours, shall be conducted prior to March 15, 2016 and is to be coordinated through the Case Manager.

(b) The parties shall exchange all information they intend to offer at the hearing no later than 5 days prior to the hearing.

7. <u>Miscellaneous.</u>

(a) Documents shall be served on JAMS through the Case Coordinator Tina Oja via email at toja@jamsadr.com.

(b) All deadlines herein shall be strictly enforced. This Order shall continue in effect unless and until amended by subsequent order of the Special Master.

Dated: 2/16/16

Cathy Yanni
Special Master

2