JAMS CASE REFERENCE NO. 1200048059

In re: U.S. ASR Hip Settlement,

## ORDER NO. 2: JURISDICTION

1. Parties and Counsel. The parties to this proceeding attended the hearing and are represented as follows:

Ashleigh E. Raso
Meshbesher & Spence
1616 Park Ave.
Minneapolis, MN 55404
612-339-9121
araso@meshbesher.com
Representing: William S. Drake

Tom Needham
Steven John son
Johnson Law Firm
3116 W. Fifth St.
Ft. Worth, TX 76107
817-523-1330
johnsonneedhamlaw@gmail.com

Jennifer M. Andrews
Wallach Andrews, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, TX 76102
817-338-1707
j.andrews@wallach-law.com

2. Special Master:
Cathy Yanni
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2635  415-982-5287 (fax)

3. Arbitrator
Hon. Glen M. Ashworth (Ret.)
JAMS
8401 N. Central Expressway, Suite 610
Dallas, TX 75225
214-744-5267  214-720-6010 (fax)

1



<u>Case Coordinator:</u>
Darcy English
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2627   415-982-5287(fax)
denglish@jamsadr.com

4. I have reviewed the Claimants Statement of Claim Subject to Objection to Jurisdiction and Motion to Dismiss, Transfer or Stay Arbitration, William "Scott" Drake and Meshbesher & Spence's Response to Steven M. Johnson, PC. d/b/a/ The Johnson Law firm's Objection to Jurisdiction as well as all exhibits and submitted documentation.

5. The Johnson Lawfirm (JLF) and Drake have been engaged in an arbitration since August 1, 2014 in JAMS Dallas, JAMS Ref No. 1310021501. The arbitration commenced, the Honorable Glen Ashworth (Ret.) was appointed Arbitrator. The hearing of JAMS Reference 131002151 is set for April 4, 2016 in Dallas.

6. At the time this matter, JAMS Ref. No. 120004859, was referred to me as the Special Master I was unaware and not informed of the arbitration already proceeding before Judge Ashworth.

7. I concur that I do not have jurisdiction over this matter and hereby dismiss JAMS Case Ref. No. 1200048059. Scheduling Order No. 1 in this matter is withdrawn.

Dated: 3/9/16

_____
Cathy Yanni
Special Master

2