# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of OHIO

Case Number: 13-DP-20140

Plaintiff:
WILLIAM S. DRAKE AND ANDREA K. DRAKE

vs.

Defendant:
DEPUY ORTHOPAEDICS, INC., ET AL.

For:
Anthony Nemo
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404

Received by ABC PROCESS SERVICE on the 23rd day of June, 2016 at 4:49 pm to be served on STEVEN M. JOHNSON, 3733 CRESTHAVEN TERRACE, FORT WORTH, TX 76107.

I, JULIA FOWLER, do hereby affirm that on the 25th day of June, 2016 at 9:50 am, I:

SUBSTITUTE - RESIDENTIAL: served by delivering a true copy of the PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENFORCE THE MASTER SETTLEMENT AGREEMENT AND TO VACATE ARBITRATION AWARD; PLAINTIFFS' MOTION TO ENFORCE THE MASTER SETTLEMENT AGREEMENT AND TO VACATE ARBITRATION AWARD; AFFIDAVIT OF ANTHONY J. NEMO; EXHIBITS A-J; with the date and hour of service endorsed thereon by me, to: JANE DOE as WIFE, of the within named person's usual place of abode, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

_____
JULIA FOWLER
SCH # 10417 EXP 7/31/2016

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2016001409

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

EXHIBIT E