# Jenny Andrews

| | |
|---|---|
| **From:** | Michele Rayburn |
| **Sent:** | Friday, February 12, 2016 2:45 PM |
| **To:** | celazar@jamsadr.com; araso@meshbesher.com; tnemo@meshbesher.com; kcagle@kbblawyers.com |
| **Cc:** | Jenny Andrews; needham@lawyersforclients.com |
| **Subject:** | Drake Arbitration JAMS Ref No. 1310021509 |
| **Attachments:** | ltr to JAMS re JMA counsel.pdf |

Please see attached letter regarding Jennifer Andrews as counsel of record for Steven M. Johnson, P.C., dba The Johnson Law Firm.



Michele E. Rayburn, PLS, CP
TBLS Board Certified Paralegal
Personal Injury Trial Law
Wallach & Andrews, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
817-338-1707, ext. 222
Fax 817-338-1787
m.rayburn@wallach-law.com

1

EXHIBIT H

**Jenny Andrews**

| | |
|---|---|
| From: | Carolina ElAzar <celazar@jamsadr.com> |
| Sent: | Tuesday, February 16, 2016 9:50 AM |
| To: | Michele Rayburn; araso@meshbesher.com; tnemo@meshbesher.com; kcagle@kbblawyers.com; johnsonneedhamlaw@gmail.com; adavick@meshbesher.com |
| Cc: | Jenny Andrews; needham@lawyersforclients.com; Glen Ashworth |
| Subject: | RE: Drake Arbitration JAMS Ref No. 1310021509 |
| Importance: | High |

Dear Counsel,

In response to Ms. Jennifer M. Andrews' Notice of Appearance, Judge Ashworth needs to disclose that he is currently serving as an arbitrator in another arbitration in which Ms. Andrews with Wallach & Andrews is involved. The Judge believes that his participation will not affect his neutrality in the current case.

Please call me at 214-891-4525 if you have any questions.

Sincerely,
Carolina El'Azar




**Carolina El'Azar**
Senior Case Manager

JAMS
8401 N. Central Expressway
Suite 610, Dallas, TX 75225
celazar@jamsadr.com
Phone: 214-891-4525
Fax: 214-720-6010

**Experience the JAMS difference and submit your case today.**

---

**From:** Michele Rayburn [mailto:m.rayburn@wallach-law.com]
**Sent:** Friday, February 12, 2016 2:45 PM
**To:** Carolina ElAzar; araso@meshbesher.com; tnemo@meshbesher.com; kcagle@kbblawyers.com
**Cc:** Jenny Andrews; needham@lawyersforclients.com
**Subject:** Drake Arbitration JAMS Ref No. 1310021509

Please see attached letter regarding Jennifer Andrews as counsel of record for Steven M. Johnson, P.C., dba The Johnson Law Firm.





1

Michele E. Rayburn, PLS, CP
TBLS Board Certified Paralegal
Personal Injury Trial Law
Wallach & Andrews, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
817-338-1707, ext. 222
Fax 817-338-1787
m.rayburn@wallach-law.com