AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William "Scott" Drake
was received by me on *(date)* 7-17-16.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Andrea Drake
Wife , a person of suitable age and discretion who resides there,
on *(date)* 7-20-16 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-22-16

*Server's signature*

Jim Cutcliffe Process Server
*Printed name and title*

P.O. Box 16614 Minneapolis, MN
*Server's address* 55416

Additional information regarding attempted service, etc:


EXHIBIT L