UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrea K. Drake, et al.,                                       Case No. 1:13-dp-20140

           Plaintiffs,

v.                                                   JUDGMENT ENTRY

DePuy Orthopaedics, Inc., et al.,

           Defendants.

       For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny the motion of Steven Johnson to confirm the arbitration award, grant the motion of Plaintiffs William and Andrea Drake to vacate the arbitration award, and order the parties to proceed with arbitration as contemplated by the 2015 Settlement Agreement.

       So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge