UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| William S. Drake and | ) | |
| Andrea K. Drake, | ) | |
|     Plaintiffs, | ) | |
| | ) | **(IN RE MDL 2197)** |
| vs. | ) | **Case No. 1:13-dp-20140** |
| | ) | |
| DePuy Orthopaedics, Inc., et al. | ) | |
|     Defendants. | ) | |

## STEVEN M. JOHNSON'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOTICE is hereby given that Steven M. Johnson, improperly served and joined in this proceeding, and subject to his special appearance herein, hereby appeals, including pursuant to 9 U.S.C. Section 16, to the United States Court of Appeals for the Sixth Circuit from the Judgment Entry (Doc. No. 37 in Drake, et al. v. DePuy Orthopaedics, Inc., et al., Case No. 1:13-dp-20140; Doc. No. 54 in Johnson v. Drake, Case No. 1:17-dp-20085) finding subject matter jurisdiction over this fee dispute, finding personal jurisdiction over Steven M. Johnson, granting Plaintiffs' motion to enforce the master settlement agreement and vacate the arbitration award (Doc. No. 7 in Drake, et al. v. DePuy Orthopaedics, Inc., et al., Case No. 1:13-dp-20140), and denying Johnson's Motion to Confirm Arbitration Award (filed in Johnson v. Drake, Case No. 1:17-dp-20085-JJH, transferred from the Northern District of Texas) entered in this proceeding on the 30th day of September , 2019.

)

)

Respectfully submitted,

/s/ *Robert D. Akers*

_____

Robert D. Akers
Texas Bar No. 00953900
3116 West 5th Street
Fort Worth, Texas 76107
Phone: (817) 332-9840
Facsimile: (817)332-9842
rakers8842@aol.com

**ATTORNEY FOR PETITIONER,
STEVEN M. JOHNSON**

## CERTIFICATE OF SERVICE

On October 29th, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Ohio, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

*/s/ Robert D. Akers*
_____