IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Andrea K. Drake, et. al., | Case No.: 1:13-dp-20140 |
| Plaintiffs, | |
| v. | |
| Depuy Orthopaedics, Inc. et. al., | |
| Defendants. | |

-and-

| | |
|---|---|
| Steven M. Johnson, | Case No.: 1:17-dp-20085 |
| Petitioner, | |
| v. | |
| William Scott Drake, | |
| Respondent. | |

### **AFFIDAVIT OF DEREK I. STEWART**

Come now, Derek I. Stewart, Esq., Associate Attorney at the Law Firm of Meshbesher and Spence in Minneapolis, Minnesota States as follows:

1) That attached as **Exhibit A**, is a true and correct copy of the Memorandum Opinion and Order of Judge Helmick, dated September 30, 2019.

1

2) That attached as **Exhibit B,** is a true and correct copy of the unpublished Sixth Circuit Opinion, dated December 15, 2020

3) That attached as **Exhibit C,** is a true and correct copy of the Attorney Representation Agreement, dated January 24, 2012.

4) That attached as **Exhibit D**, is a true and correct copy of the Findings, Conclusions and Recommendations of the United States Magistrate Judge, Paul Stickney, dated February 9, 2017;

5) That attached as **Exhibit E,** is a true and correct copy of Steven M. Johnson's Amended Application for Order Confirming Domestic Arbitration Award, dated April 3, 2017.

6) That attached as **Exhibit F**, is a true and correct copy of the Order transferring Johnson's Application to the Northern District of Ohio, dated December 20, 2017.

**SIGNATURE PAGE TO FOLLOW**

**MESHBESHER & SPENCE, LTD.**

Dated: September 23, 2021

By: /s/*Derek I. Stewart*
    Derek I. Stewart, MN #0399426
    Ashleigh E. Raso, MN #
    Andrew L. Davick, MN
    1616 Park Avenue
    Minneapolis, MN 55404
    (p) 612-339-9121
    (f) 612-339-9188
    *dstewart@meshbesher.com*
    *araso@meshbesher.com*
    *adavick@meshbesher.com*

*Attorneys for Plaintiffs*