# Form 1B

# Notice of Appeal to a Court of Appeals from an

# Appealable Order of a District Court

United States District Court for the Northern District of Ohio

Western Division

Docket Number 1:13-dp-20140

Andrea K. Drake, *et. al.*

    Plaintiff,

v.

DePuy Orthopaedics, Inc. *et. al.*

    Defendants,

**NOTICE OF APPEAL**

    Andrea K. Drake and William Scott Drake appeal to the United States Court of Appeals for the Sixth Circuit from the Order Confirming Steven Johnson's Arbitration Award and Denying Drake's Motion to Vacate entered on February 6, 2024.

*/s/Derek I. Stewart*
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404
(p) 612-767-5130
(f) 612-339-9188
dstewart@meshbesher.com