UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrea K. Drake, *et al.*,  Case No. 1:13-dp-20140

    Plaintiffs,

    v.  AMENDED JUDGMENT ENTRY

DePuy Orthopaedics, Inc.*, et al.*,

    Defendants.

Having entered an order confirming the Corrected Final Award (*see* Case No. 1:17-dp-20085, Doc. No. 47 at 31-50 (JAMS Arbitration Reference No. 1310021509)) and having directed entry of judgment in accordance with that Award, I hereby enter judgment in favor of Claimant Steven M. Johnson and against William Drake, awarding all relief provided for in the Corrected Final Award, including recovery by Johnson from Drake in the total amount of $353,214.97, plus an additional 35% of Drake's discretionary loss of earnings award (EIF Claim No. 3585).

So Ordered.

Dated: April 24, 2024                                         s/ Jeffrey J. Helmick
                                                                                      United States District Judge